

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00159-CR

| | | |
|---|---|---|
| Daniel Glenn Ostrander | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1250966R) |
| v. | § | June 20, 2013 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Ostrander pleaded not true to the habitual-offender notice. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel